**Order entered August 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-10-01133-CV

### ELIZABETH W. CELMER, Appellant

### V.

### CHARLES MCGARRY, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-3023-E**

## ORDER

Appellee's August 27, 2013 unopposed motion for extension of time to file motion for rehearing is **GRANTED**. It is **ORDERED** that the time for filing appellee's motion for rehearing is extended from August 23, 2013 to August 30, 2013.

/s/ ELIZABETH LANG-MIERS
   JUSTICE